IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case Number: 6:22-cv-1106-PGB-LHP

**RAYMOND T. MAHLBERG,**

    Plaintiff,

v.

**MELIA HOTELS ORLANDO, LLC.,**

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff RAYMOND T. MAHLBERG and Defendant MELIA HOTELS ORLANDO, LLC., by and through their respective undersigned counsel, hereby jointly give notice that they have reached a settlement in principle of this action. The parties anticipate filing a notice of dismissal with prejudice within forty-five (45) days.

Dated:  August 29, 2022               Respectfully submitted,

*s/ Acacia Barros*                              *s/ Benjamin Cody Davis*[1]
Acacia Barros, Esq.                             Benjamin Cody Davis, Esq.
E-Mail: ab@barroslawfirm.com                    E-Mail: Benjamin.davis@bakermckenzie.com
Acacia Barros, P.A.                             Baker & McKenzie LLP.
11120 N. Kendall Drive, Suite 201               1111 Brickell Avenue, Suite 1700
Miami, FL 33176                                 Miami, FL 33131
Tel: 305-639-8381                               Tel: 305-789-89222
Counsel for Plaintiff                           Counsel for Defendant
*Via CM/ECF*                                    *Via CM/ECF or Email*

---

    [1]    Defendant's counsel Benjamin Cody Davis has provided Acacia Barros with express authority to jointly file this notice.

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/Acacia Barros*
ACACIA BARROS, ESQ.

## SERVICE LIST

| Acacia Barros, Esq.<br>E-Mail: ab@barroslawfirm.com<br>Acacia Barros, P.A.<br>11120 N. Kendall Drive, Suite 201<br>Miami, FL 33176<br>Tel: 305-639-8381<br>Counsel for Plaintiff<br>*Via CM/ECF* | Benjamin Cody Davis, Esq.<br>E-Mail: Benjamin.davis@bakermckenzie.com<br>Baker & McKenzie LLP.<br>1111 Brickell Avenue, Suite 1700<br>Miami, FL 33131<br>Tel: 305-789-89222<br>Counsel for Defendant<br>*Via CM/ECF or Email* |